Richard R. VEIT, Respondent,

v.

Bruce EASTMAN, Appellant.

No. 61264.

Missouri Court of Appeals, Eastern District, Division Three.

May 11, 1993.

William James O'Herin, Florissant, for appellant.

Michael Allen Campbell, St. Louis, for respondent.

Before GARY M. GAERTNER, P.J., and SMITH and STEPHAN, JJ.

ORDER

PER CURIAM.

Appellant, Bruce Eastman, appeals entry of a partial summary judgment in the Circuit Court of St. Louis County, in favor of respondent, Richard R. Veit, on his claim for unlawful detainer. We affirm. We also find that no jurisprudential purpose would be served by a written opinion. We therefore affirm the trial court's judgment pursuant to Rule 84.16(b). The parties have been provided with a memorandum,

solely for their own information, explaining the reasons for our decision.